**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**ALEJANDRO NICOLAS PINEDA PERLA**        **CASE NO.  2:25-CV-02074 SEC P**

**VERSUS**                                                             **JUDGE JAMES D. CAIN, JR.**

**KRISTI NOEM ET AL**                                       **MAGISTRATE JUDGE LEBLANC**

**ORDER**

Before the Court is "Petitioners' Motion for Temporary Restraining Order" (Doc. 2) filed by Alejandro Nicolas Pineda Perla wherein Petitioner requests a temporary restraining order ("TRO") pending adjudication of his Petition for a Writ of Habeas Corpus and an order to show cause why a preliminary injunction should not issue pending the final disposition of their habeas petition.[1] Specifically, Petitioner requests immediate release from custody and that Respondents be ordered to conduct a bond hearing.

The very basis of a habeas action is to challenge the statutory or constitutional basis for detention. *See Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 117 (2020) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and … the traditional function of the writ is to secure release from illegal custody.") (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973)). Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion

---

[1] Doc. 1.

to decide my habeas petition now. *See Garcia-Aleman v. Thompson*, No. 5:25-CV-00886, ECF No. 20 (S.D. Tex. Oct. 30, 2025)).

Here, Plaintiff is seeking immediate release or in the alternative, that the Court order "Respondents [ ] to conduct a bond hearing at which the government must bear the burden of justifying Petitioner's continued detention by clear and convincing evidence."[2] The Court considers this to be a short cut around the habeas process. The preliminary relief sought—a bond hearing—mirrors the ultimate relief sought in the habeas Petition, and the arguments for both are the same. Accordingly,

**IT IS ORDERED** that the Petitioner's Motion for Temporary Restraining Order (Doc. 3) is **DENIED,** and this matter is hereby referred to the Magistrate Judge for the issuance of an expedited briefing schedule and further disposition.

**THUS DONE AND SIGNED** in chambers on this 23rd day of December, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

_____
[2]